# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CROMP, | CASE NO. 1:10-cv-00802-LJO-BAM PC |
| Plaintiff, | ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
| v. | |
| B. CONWAY, | TWENTY DAY DEADLINE |
| Defendant. / | |

Plaintiff Jonathan Cromp ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on complaint, filed May 10, 2010, against Defendant Conway for deliberate indifference in violation of the Eighth Amendment. On June 18, 2012, an order was filed granting Plaintiff's motion to amend the complaint and denying Plaintiff's motion to reopen discovery. (ECF No. 38.) Plaintiff was given thirty days in which to file his amended complaint. More than thirty days have passed and Plaintiff failed to comply with or otherwise respond to the order.

In his motion to reopen discovery, Plaintiff stated that he did not conduct any discovery during the dates that discovery was open, and he has now failed to file an amended complaint in compliance with the Court's order.

Accordingly, it is HEREBY ORDERED that:

1. Within **twenty (20) days** from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed, with prejudice, for failure to obey the Court's order; and

2. The failure to respond to this order will result in dismissal of this action, with prejudice.

IT IS SO ORDERED.

Dated: **August 2, 2012**            /s/ **Barbara A. McAuliffe**
                                     UNITED STATES MAGISTRATE JUDGE