# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CROMP,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>B. CONWAY,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. 1:10-cv-00802-LJO-BAM PC<br><br>ORDER STRIKING OBJECTIONS TO FINDINGS AND RECOMMENDATIONS, VACATING FINDINGS AND RECOMMENDATIONS, AND REQUIRING PLAINTIFF TO FILE AMENDED COMPLAINT WITHIN TWENTY DAYS<br><br>(ECF Nos. 44, 45) |

　　　　This action is proceeding on the complaint, filed May 10, 2010, against Defendant Conway for deliberate indifference in violation of the Eighth Amendment.  On September 14, 2012, findings and recommendations issued recommending dismissing this action for Plaintiff's failure to prosecute.  (ECF No. 44.)  On October 3, 2012, Plaintiff filed unsigned objections to the findings and recommendations.  (ECF No. 45.)

　　　　Unsigned documents cannot be considered by the Court, and Plaintiff's objections shall be stricken from the record on that ground.  Fed. R. Civ. P. 11(a); Local Rule 131(b).  Since Plaintiff has now responded to the Court, the findings and recommendations issued September 14, 2012, is vacated.  Plaintiff shall be granted one final opportunity to file an amended complaint in compliance with the order issued June 18, 2012.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　　Plaintiff's objection to findings and recommendations, filed October 3, 2012, is STRICKEN FROM THE RECORD;

1

2. The findings and recommendations issued September 14, 2012, is VACATED;

3. Within twenty days from the date of service of this order Plaintiff shall file an amended complaint for the sole purpose of amending the date of the incident alleged in the complaint; and

4. **Plaintiff's failure to file an amended complaint in compliance with this order shall result in this action being dismissed, with prejudice, for failure to prosecute.**

IT IS SO ORDERED.

Dated: **October 8, 2012**     /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE