# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CROMP, | CASE NO. 1:10-cv-00802-LJO-BAM PC |
| Plaintiff, | ORDER REQUIRING DEFENDANT TO FILE ANSWER TO AMENDED COMPLAINT WITHIN TWENTY DAYS |
| v. | |
| B. CONWAY, | (ECF No. 47) |
| Defendant. / | Dispositive Motion Deadline: December 31, 2012 |

This action is proceeding on the complaint, filed May 10, 2010, against Defendant Conway for deliberate indifference in violation of the Eighth Amendment. On November 5, 2012, Plaintiff filed a first amended complaint correcting the dates of the incidents alleged in the complaint. (ECF No. 47.) Defendants shall file an answer to the amended complaint within twenty days.

Further, because Plaintiff did not file his amended complaint within the time originally set by the Court, the Court shall amend the scheduling order, and Defendant's deadline to file dispositive motions shall be December 31, 2012.

Accordingly, it is HEREBY ORDERED that:

1. Defendant shall file an answer to the amended complaint within twenty days of the date of service of this order; and

2. Defendant's dispositive motion shall be filed on or before December 31, 2012.

IT IS SO ORDERED.

Dated:  November 6, 2012           /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE

1